IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 172.4.64.27

**ISP:** AT&T Internet Services
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/27/2017 01:29:29 | 9951C87FDC3E0E60AD42F8FB88DB2D1B4C33B890 | Born To Be Wild |
| 08/06/2017 03:25:53 | 7726A7F9CA2B52D89BAC6A3E4FBA3A0D4418EC7E | Emerald Love |
| 08/06/2017 02:53:22 | ACB1BA1CE2E6A7FE749DBB0F8B9771046E26D2EA | Sex For Three By The Sea |
| 07/02/2017 15:13:20 | 22B6AEBCC016AC4EB3555E8945EB53FA48A1ED3B | XXX Threeway Games |
| 01/31/2017 00:02:45 | DA24D595A4D20769CF162F36B7625D7B5BEC6661 | A Rose A Kiss and A Bang |
| 11/05/2016 01:52:37 | E9914BA1916280E8F6306D24795846E16EE6A601 | Cum For A Ride |
| 09/25/2016 21:22:07 | E7434DF9F184D2A250C68F707D2B5620D5E4CC22 | Inside Caprice |
| 09/04/2016 21:52:44 | A8BB2ABB530E0F081E9618EC306384EDA2B757EC | Pussy Cat Burglar |
| 08/26/2016 00:44:10 | EF728693C542B61F26F4A10B4832A6775EA0DB9B | The Call Girl |
| 07/06/2016 04:08:06 | E7529DEE7B6F496ED6514D8FEFDD63E7C195FAC9 | The Ranch Hand |
| 06/20/2016 07:07:59 | A1DF069BCAF76A93A445CDD572F3D14116BD0385 | Triple Blonde Fantasy |
| 05/22/2016 01:31:28 | 23261BF6D8EC89B33B1EBB4D263DA824F1C0F1A1 | Kristin and Nine Unleashed |
| 04/18/2016 10:55:04 | A9D4D056B147F9BE8E1FA8BDC9A106B78F3250B5 | Four Play |
| 03/26/2016 23:46:50 | D784B45E610625D15EC219F044B44D4F5732F209 | Twice as Nice |
| 03/07/2016 00:13:48 | 09D0F1720FD97D5951A90BB4D0828B4344CADED9 | Two Cocks In Karla |
| 02/15/2016 04:38:53 | AE836B26AD55AD054B9EC97BEEE8B974AFC789F6 | Loving It Hard And Deep |
| 02/09/2016 06:05:19 | 753421C6617659F3F0F01E90F592C12F78B2038B | Luckiest Man Alive |
| 01/03/2016 19:40:22 | EE95C6D75E128AA03A915F797175A13D1019EA71 | Make Me Cum |
| 01/03/2016 18:09:37 | C6B9A2622E2C1B42F6C9977BFD62103339EBB556 | This Is What Heaven Looks Like |
| 01/03/2016 02:07:03 | 1FFEBF373B95BFDE96FC6D9F25D908231186504F | Like The First Time |
| 12/06/2015 10:40:15 | 84E441EB7F9EEA34B1CD08C515422B3A3575EEF8 | Hot Winter Fox |
| 11/26/2015 05:31:27 | BC6E5CCE32A32C8B90BA31BADC832EEC97323824 | Domination Part One |

EXHIBIT A

STX80

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/26/2015 02:27:34 | 5FA3845F381B5D8FED7650E6238C45454EA475BF | Domination Part Two |
| 11/24/2015 14:47:21 | F7EC32320BAD3B4D5667D7D0E39F55099278A7DA | Rock Me Baby |
| 11/02/2015 22:29:10 | 869C9B04A8169CF2CEA1EA96AEF6139E09133E2E | The Cabin And My Wood |
| 10/12/2015 15:29:44 | 93294A71E237C81A8BFF09612680924002281D25 | Skin Tillating Sex For Three |
| 09/18/2015 02:56:57 | 076A064F9D981EEC7A5684AD1B000E3C97565F3D | Make Love To Me |
| 08/29/2015 00:03:09 | D76D3BF85FA3AEAAED30E303B3AB6986C6B2060F | A Fucking Hot Threesome |
| 08/28/2015 23:21:44 | 29A2070D1C0B8787BA71D1AB903205A62D110460 | Infinite Luvv |
| 08/28/2015 22:34:11 | 45DAE4FF06192968402FD43A1738BAD775EFCFA2 | Lovers Lane |
| 08/28/2015 22:02:56 | CEEC8279BFB1046BC025AD6EA165CA24E4CEA77B | An Erotic Encounter |
| 07/31/2015 19:23:01 | FBDCB7459A59E186F700660DC03ADA8EA3ACAF0E | Among The Wildflowers |
| 07/09/2015 18:18:24 | C8E5D3EAD52C1E7B4FB2074C7AB4AD597E4F11D8 | Meet My Lover From Austria |
| 06/12/2015 03:45:53 | B5EE4C27ECA70FCC08F0EA843C835A9BE86296A3 | Angel Dust |
| 06/12/2015 03:32:48 | CB1B1627DFAA751A71E8FD1F19EF6C6CD9CCF1CB | Hippie Chic |
| 06/12/2015 03:14:10 | 24387DDFED60A621E90B4EC925212438869BD672 | First Lesbian Experience |
| 05/11/2015 19:02:42 | 061A332D6D1455AE0AFA8F0F2B3C5AAD68EF83C7 | Keep On Cumming |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT A

STX80