United States District Court
Southern District of Texas
**ENTERED**
May 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Malibu Media, LLC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-18-207 |
| JOHN Doe, subscriber assigned IP address 172.4.64.27, | § § § | |
| Defendants. | § § | |

ORDER

Pursuant to the Notice of Voluntary Dismissal filed on May 2, 2018 the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this ___3___ day of May, 2018.

DAVID HITTNER
United States District Judge